UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RALPH AMES,
:
Plaintiff,
: Civil No. 3:13-CV-1415
v.
:
:
UNITED STATES OF AMERICA,
: (Judge Kosik)
Defendant.
:

FILED
SCRANTON
AUG 11 2014
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS 10TH DAY OF AUGUST, 2014, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Martin C. Carlson filed on April 11, 2014 (Doc. 26) is **ADOPTED**; and

(2) The Plaintiff's Motion to Enforce Settlement (Doc. 23) is **DENIED**.

Edwin M. Kosik
United States District Judge